359 A.2d 821
COMMONWEALTH
v.
SPONSLER, Appellant.
COMMONWEALTH
v.
MESSNER, Appellant.

Submitted April 12, 1976. Donald E.
Speice, Assistant Public Defender, for appellants; Ed-
ward S. Newlin, Assistant District Attorney, for Com-
monwealth, appellee.

OPINION PER CURIAM: This case is remanded to
the trial court to allow appellants to file a motion to with-
draw their guilty pleas *nunc pro tunc.* See *Common-
wealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140
(1975). See also *Commonwealth v. Zakrzewski,* 460 Pa.
528, 333 A.2d 898 (1975); *Commonwealth v. Lee,* 460
Pa. 324, 333 A.2d 749 (1975).